UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CR125-037 |
| ) | |
| WILLIAM RAYMOND MYERS ) | |

ORDER ON MOTION FOR LEAVE OF ABSENCE

**Mukti Patel** having made application to the Court for leave of absence, and it being evident from the application that the provisions of Local Rule 83.9 have been complied with, and no objections having been received;

**IT IS HEREBY ORDERED THAT Mukti Patel** be granted leave of absence for the following periods: July 22, 2025 through July 30, 2025 and August 25, 2025 through September 17, 2025.

**SO ORDERED**, this the _14th_ day of July, 2025.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA